THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GIAMMARINARO, Appellant.— Judgment of conviction of the County Court of Nassau county affirmed. The undisputed competent evidence establishes the guilt of defendant beyond a reasonable doubt. As to the references in the testimony to another stolen car in the possession of a member of defendant's family, we are of opinion that it does not present reversible error, and that it had some relevant connection

with defendant's experience and knowledge and a bearing upon his obligation of inquiry concerning the ownership of the car in question. Rich, Kapper and Carswell, JJ., concur; Young and Hagarty, JJ., dissent, being of opinion that the testimony relative to other stolen cars was improperly received and was so prejudicial to defendant as to require a new trial.